UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT FILED AT WHEELING, WV
JUN 07 2011
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEPHEN J. KOSKI,

        Defendant.

Criminal No. 1:11-CR-52

Violations: 29 U.S.C. § 501(c)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Embezzlement and Theft of Labor Union Assets)**

From in or about April, 2006, until in or about April, 2008, in the Northern District of West Virginia and elsewhere, the defendant **STEPHEN J. KOSKI**, while serving as the secretary-treasurer of the Machinists, AFL-CIO, Lodge 1027, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, and other assets of said labor organization in the approximate amount of $1,500 in violation of Title 29, United States Code, Section 501(c).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
WILLIAM J. IHLENFELD, II
United States Attorney